PER CURIAM.

(No. 75-CC-501— 

LOYOLA UNIVERSITY MEDICAL CENTER, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed March 3, 1975.*

LOYOLA UNIVERSITY MEDICAL CENTER, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.